PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
California State Bar No. 263027
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8963
    Facsimile: (415) 744-0134
    E-Mail: Sharon.Lahey@ssa.com

ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LISA A. HAUN, <br><br> Plaintiff, <br><br> vs. <br><br> CAROLYN W. COLVIN, Acting Commissioner Of Social Security, <br><br> Defendant. | CIVIL NO. 2:16-cv-02190-AC <br><br> STIPULATION AND ~~PROPOSED~~ ORDER FOR DEFENDANT'S FIRST EXTENSION OF TIME TO RESPOND TO COMPLAINT AND SERVE A CERTIFIED COPY OF THE TRANSCRIPT OF THE ADMINISTRATIVE RECORD |

    IT IS HEREBY STIPULATED, by and between Lisa A. Haun (Plaintiff) and Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant or the Commissioner), by and through their respective counsel of record, that Defendant shall have an extension of time of 30 days to respond to the complaint filed in the above-captioned matter (Docket Number 1) and serve a certified copy of the transcript of the administrative record pursuant to the Court's September 19, 2016 Procedural Order for Social Security Review Actions (the "scheduling order") (Docket Number 5).  The current deadline is January 3, 2017, and the new deadline will be February 2, 2017.  This is the first extension of time

requested in the above-captioned matter.  Defendant requests this additional time due to an inter-agency delay in finalizing the certified administrative record for service.  The parties further agree that the scheduling order be modified accordingly.

                              Respectfully submitted,

Dated: December 29, 2016          LAW OFFICES OF LAWRENCE D. ROHLFING

By:  /s/ *Cyrus Safa**
CYRUS SAFA
(*As authorized by email on December 29, 2016)
Attorneys for Plaintiff

Dated: December 29, 2016          PHILLIP A. TALBERT
United States Attorney

By:  /s/ *Sharon Lahey*
SHARON LAHEY
Special Assistant U. S. Attorney
Attorneys for Defendant

## **ORDER**

     Good cause appearing, pursuant to stipulation, IT IS SO ORDERED.  Defendant shall respond to the Complaint For Review of the Final Decision of the Social Security and serve a certified copy of the transcript of the administrative record on or before February 2, 2017.  Plaintiff shall serve new evidence and/or a confidential settlement letter to Defendant on or before March 6, 2017.  Defendant shall serve her response to Plaintiff's confidential settlement letter on or before April 5, 2017.  In the event the parties do not agree to remand, Plaintiff shall file her motion for summary judgment on or before May 10, 2017.  Defendant shall file her response to Plaintiff's motion for summary judgment on or before June 9, 2017.  Plaintiff shall file any reply on or before June 29, 2017.

DATED: January 4, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE