PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
California State Bar No. 263027
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8963
    Facsimile: (415) 744-0134
    E-Mail: Sharon.Lahey@ssa.com

ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LISA A. HAUN, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, Acting Commissioner Of Social Security,[1] <br><br> Defendant. | CIVIL NO. 2:16-cv-02190-AC <br><br> STIPULATION AND PROPOSED ORDER FOR DEFENDANT'S SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT AND SERVE A CERTIFIED COPY OF THE TRANSCRIPT OF THE ADMINISTRATIVE RECORD |

    IT IS HEREBY STIPULATED, by and between Lisa A. Haun (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant or the Commissioner), by and through their respective counsel of record, that Defendant shall have an extension of time of 30 days to respond to the complaint filed in the above-captioned matter (Docket Number 1) and serve a certified copy of

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit.  No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

STIPULATION & PROPOSED ORDER             1             (CIVIL NO.. 2:16-cv-02190-AC)

the transcript of the administrative record pursuant to the Court's September 19, 2016 Procedural Order for Social Security Review Actions (the "scheduling order") (Docket Number 5).  The current deadline is February 2, 2017, and the new deadline will be March 6, 2017.  This is the second extension of time requested in the above-captioned matter.  Defendant requests this additional time because despite the agency's best efforts, it will not be able to finalize and certify the administrative record prior to the current deadline.  The parties further agree that the scheduling order be modified accordingly.

Respectfully submitted,

Dated: January 30, 2017    LAW OFFICES OF LAWRENCE D. ROHLFING

By: /s/ *Cyrus Safa*\*
CYRUS SAFA
(*As authorized by email on January 30, 2017)
Attorneys for Plaintiff

Dated: January 30, 2017    PHILLIP A. TALBERT
United States Attorney

By: /s/ *Sharon Lahey*
SHARON LAHEY
Special Assistant U. S. Attorney
Attorneys for Defendant

## ORDER

Good cause appearing, pursuant to stipulation, IT IS SO ORDERED.  Defendant shall respond to the Complaint For Review of the Final Decision of the Social Security and serve a certified copy of the transcript of the administrative record on or before March 6, 2017.  Plaintiff shall serve new evidence and/or a confidential settlement letter to Defendant on or before April 5, 2017.  Defendant shall serve her response to Plaintiff's confidential settlement letter on or before May 5, 2017.  In the event the parties do not agree to remand, Plaintiff shall file her motion for summary judgment on or before June 9, 2017.  Defendant shall file her response to Plaintiff's motion for summary judgment on or before July 14, 2017.  Plaintiff shall file any reply on or before July 28, 2017.

DATED: January 31, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE