1  PHILLIP A. TALBERT
   United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  SHARON LAHEY
   California State Bar No. 263027
5  Special Assistant United States Attorney
6
       160 Spear Street, Suite 800
7      San Francisco, California 94105
       Telephone: (415) 977-8963
8      Facsimile: (415) 744-0134
       E-Mail: Sharon.Lahey@ssa.com
9
10 ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LISA A. HAUN, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, Acting Commissioner Of Social Security, <br><br> Defendant. | CIVIL NO. 2:16-cv-02190-AC <br><br> STIPULATION AND ~~PROPOSED~~ ORDER FOR DEFENDANT'S SECOND EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED, by and between Lisa A. Haun (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant or the Commissioner), by and through their respective counsel of record, that Defendant shall have a 30-day extension of time to respond to Plaintiff's motion for summary judgment filed in the above-captioned matter (Docket Number 16). The current deadline is May 22, 2017, and the new deadline would be June 19, 2017. This is the third extension of time requested in the above-captioned matter. Defendant requests this additional time due

to an inter-office issue regarding the Commissioner's copy of the transcript of the certified administrative record. The parties further agree that the scheduling order be modified accordingly.

Respectfully submitted,

Dated: May 19, 2017                    LAW OFFICES OF LAWRENCE D. ROHLFING

By: /s/ *Cyrus Safa**
CYRUS SAFA
(*As authorized by email on May 19, 2017)
Attorneys for Plaintiff

Dated: May 19, 2017                    PHILLIP A. TALBERT
United States Attorney

By: /s/ *Sharon Lahey*
SHARON LAHEY
Special Assistant U. S. Attorney
Attorneys for Defendant

## **ORDER**

Good cause appearing, pursuant to stipulation, IT IS SO ORDERED. Defendant shall respond to Plaintiff's motion for summary judgment on or before June 19, 2017. Any reply thereto shall be filed on or before July 3, 2017.

DATED: May 19, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE